No. 752. ARKY, FORMERLY DOING BUSINESS AS LAWRENCE ELECTRIC CONSTRUCTION CO., *v.* ROSENBERG, TRUSTEE. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Michael Halpern* for petitioner. *Mr. Charles E. Bernstein* for respondent.

No. 723. CITY OF LOS ANGELES ET AL. *v.* NATURAL SODA PRODUCTS CO. March 27, 1944. Petition for writ of certiorari to the Supreme Court of California denied. *Messrs. Ray L. Chesebro, S. B. Robinson, Samuel Poorman, Jr.,* and *A. E. Chandler* for petitioners. *Messrs. Francis R. Kirkham* and *Jess G. Sutliff* for respondent.

No. 632. MISSOURI EX REL. MCKITTRICK, ATTORNEY GENERAL, *v.* MISSOURI PUBLIC SERVICE CORP. March 27, 1944. Petition for writ of certiorari to the Supreme Court of Missouri denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Messrs. Roy McKittrick,* Attorney General of Missouri, *Russell N. Pickett, Harry G. Waltner, Jr.,* and *Pross T. Cross* for petitioner. *Messrs. A. Z. Patterson* and *DeWitt C. Chastain* for respondent.

No. 709. IN THE MATTER OF CATANZARO. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Hayden C. Covington* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *Valentine Brookes* for the United States, respondent.